1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11  MICHAEL J. FLYNN and
    PHILIP H. STILLMAN,
12
                                    Plaintiffs,
13
14  v.

15  MICHAEL E. LOVE and
    DOES 1 through 10, inclusive,
16
                                    Defendants.
17

Case No.:  21-CV-629 JLS (KSC)

**ORDER VACATING HEARING AND TAKING MATTERS UNDER SUBMISSION WITHOUT ORAL ARGUMENT**

(ECF Nos. 3, 4)

18      Presently before the Court are Defendant Michael E. Love's Motion to Dismiss

19  Under the First-to-File Rule and Under Rule 12(b)(6) (ECF No. 3) and supporting Request

20  for Judicial Notice (ECF No. 4).  The Court **VACATES** the hearing on these matters

21  scheduled for June 3, 2021 and **TAKES** them **UNDER SUBMISSION** without oral

22  argument pursuant to Civil Local Rule 7.1(d)(1).

23      **IT IS SO ORDERED.**

24  Dated:  May 27, 2021

25                                          Hon. Janis L. Sammartino
                                            United States District Judge
26
27
28

1

21-CV-629 JLS (KSC)