UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. FLYNN and PHILLIP H. HARTMAN,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL E. LOVE and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 21-CV-629 JLS (KSC)<br><br>**ORDER REGARDING MARCH 9, 2022 STATUS BRIEF**<br><br>(ECF No. 12) |

Presently before the Court is the Parties' Joint Status Brief ("Joint Br.," ECF No. 12). The Joint Brief indicates that the court in the Nevada Action issued an order on February 23, 2022, denying Plaintiffs' motion to strike Defendant Michael E. Love's ("Love") notice of rejection of the arbitration award and his request for a trial *de novo*. *See id.* at 1 (citing *id.* Ex. 1). As requested by Love, the Court **JUDICIALLY NOTICES** the February 23, 2022 order. The Parties **SHALL FILE** a Joint Status Brief, not to exceed *ten*

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  *(10) pages*, ninety (90) days after the date on which this Order is electronically docketed,
2  informing the Court of the status of the Nevada Action.
3        **IT IS SO ORDERED.**
4  Dated:  April 25, 2022

                                            Hon. Janis L. Sammartino
                                            United States District Judge