UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. FLYNN and PHILLIP H. HARTMAN,<br><br>                                              Plaintiffs,<br><br>v.<br><br>MICHAEL E. LOVE<br>   and DOES 1 through 10, inclusive,<br><br>                                              Defendants. | Case No.: 21-CV-629 JLS (KSC)<br><br>**ORDER REGARDING**<br>**JULY 22, 2022 STATUS BRIEF**<br><br>(ECF No. 14) |

   Presently before the Court is the Parties' Joint Status Brief ("Joint Br.," ECF No. 14). The Joint Brief indicates that the Nevada Action remains pending, with a dispositive motion deadline of November 25, 2022. *Id.* at 2. Defendant requests dismissal of the instant action, *see id.* at 2–3, while Defendants ask that the stay be continued, *id.* at 3–5. The Court declines at this juncture to dismiss the present action. The Parties **SHALL FILE** a Joint Status Brief, not to exceed *five (5) pages*, every ninety (90) days, informing the Court of the status of the Nevada Action.

   **IT IS SO ORDERED.**

Dated: July 26, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

21-CV-629 JLS (KSC)